CHESTER W. PATTERSON, RESPONDENT, v. THE BOARD OF EDUCATION OF THE CITY OF TRENTON, APPELLANT.

Submitted October 27, 1933—Decided January 5, 1934.

For the respondent, *Robert S. Hartgrove.*

For the appellant, *Aaron V. Dawes.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.